```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2

 3  BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
 4
    Brian C. Lewis  (ILBN 6286715)
    Assistant United States Attorney
 5     450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
 6     Telephone:  (415) 436-7200
       Fax: (415) 436-7234
 7     E-Mail: brian.lewis@usdoj.gov

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO SANCHEZ-GARCIA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 09-0221 JSW <br><br> **STIPULATION TO POSTPONE THE APRIL 23, 2009 HEARING TO APRIL 30, 2009 AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 23, 2009 TO APRIL 30, 2009** |

    The parties appeared before the Court on April 2, 2009.  At that time, the parties informed the Court that the government had produced discovery and extended a plea offer to the defendant.  The Court set this matter for a further status or trial setting to be held on April 23, 2009, and excluded time under the Speedy Trial Act to allow for effective preparation by defense counsel.

    Because the parties believe this matter will be able to be resolved by disposition with the benefit of a short extension, the parties hereby stipulate and respectfully request that the Court postpone the April 23, 2009 hearing until April 30, 2009.

STIPULATION TO POSTPONE HEARING AND EXCLUDE TIME
No. CR 09-0221 JSW

In addition, because the defendant is currently in state custody facing charges in state court, the parties agree and stipulate, and respectfully ask the Court to order that the time between April 23, 2009 and April 30, 2009 is properly excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A). *See United States v. Lopez-Espindola*, 632 F.2d 107, 110 (9th Cir. 1980) (holding defendant's time in state custody—from arrest to conclusion of the trial—was properly excluded from Speedy Trial calculations).

IT IS SO STIPULATED.

DATED: April 16, 2009

/s/
RANDY MONTESANO
Counsel for Francisco Sanchez-Garcia

DATED: April 16, 2009

/s/
BRIAN C. LEWIS
Assistant United States Attorney

[PROPOSED] ORDER

The April 23, 2009 hearing in this case is rescheduled to April 30, 2009 at 2:30 p.m. Further, because the defendant is currently in state custody facing charges in state court, the time between April 23, 2009 and April 30, 2009 is properly excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED.

DATED: April 16, 2009

_____
JEFFREY S. WHITE
United States District Judge