JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BRIAN C. LEWIS (ILSBN 6286715)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6461
    Facsimile: (415) 436-7234
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0221 JSW |
|     Plaintiff, ) | |
| ) | **PETITION FOR WRIT OF HABEAS** |
|     v. ) | **CORPUS AD PROSEQUENDUM** |
| ) | |
| FRANCISCO SANCHEZ-GARCIA, ) | |
|     Defendant. ) | |

    To the Honorable Bernard Zimmerman, United States Magistrate Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner FRANCISCO SANCHEZ-GARCIA. The prisoner is required to appear in the above-referenced matter on April 30, 2009 at 2:30 a.m. for a change of plea before the Honorable Jeffrey S. White in the above-referenced case. His place of custody

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 09 0221 JSW

1 | and jailor are set forth in the following writ.

3 | DATED: April 24, 2009                    Respectfully submitted,

4 |                                          JOSEPH P. RUSSONIELLO
                                             United States Attorney

7 |                                          _____/s/_____
                                             BRIAN C. LEWIS
                                             Assistant United States Attorney

9 | IT IS SO ORDERED.

11 | DATED:  April 24, 2009

12 |                                         _____
                                             BERNARD ZIMMERMAN
13 |                                         United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 09 0221 JSW

2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, Sheriff or other Official of San Francisco County Jail #1, 850 Bryant Street, San Francisco, CA 94103 (415) 553-1430.

**GREETINGS**

The prisoner, **FRANCISCO SANCHEZ-GARCIA** (DOB 3/29/1945, San Francisco ID# 2405665), is in custody in the above-referenced institution.  He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

WE COMMAND that you produce the prisoner in the Northern District of California and bring him before the Honorable Jeffrey S. White, 19th Floor, on **April 30, 2009 at 2:30 p.m.** You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge for the United States District Court for the Northern District of California.

DATED:  April 24, 2009

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



_____
DEPUTY CLERK, Rose Maher

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 09 0221 JSW

3